May 4, 2017

FILED U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS MAY 11 2017 JAMES W. McCORMACK, CLERK By: _____ DEP CLERK

Addional Complaint, against S.C.D.C. Daniel Wedsted

I have been detained at S.C.D.C. since 12-30-16, and in that then I have lost 31 pounds, and I have several teeth that are Broken, infected, bleeding, and have holes all the way to the NERVE!!! I have asked, and asked this facility to please help me, this pain is almost unbearable!! I have requested a Dentist, however, Saline County Detention Center, does not have a Dental Provider, and will not send me to the Dentist!! There are several inmates here that have the same problem as me! I'm tired of hurting, I can't sleep, I can barely chew my food, I'm in Jail Waiting for my trial. That is punishment, and im being punished by pain on top of that!!! I have been enduring this pain for over 3 months now, I'm trying to give the New Lead nurse time to find one. A Dental Provider that is, I'm to the point that my teeth Bleed when I eat, and they hurt all the time, I desperately need them pulled, Because i have lost 31 pounds since my confinement, my teeth tastes like rotten meat, I can't eat, and I believe that is why I'm loosing Weight!! My teeth are making me sick, because of the damage they have taken over the years! My lower left molar since being here, has cracked in half, and now has a huge hole in it, with an exposed NERVE!!! I can't wait any more I need this taken care of!! Saline County Detention Center is by Law, supposed to have a Dental Provider just for its inmates and they do not!!! I need them pulled As soon as possible!

May 4, 2017   Daniel Wedsted

Amended Complaint (1-2) Water

CASE # 4:17-CV-00263-BSM-JTR

Daniel Ray Webster May 4, 2017

Pretaining to the Water, and lack thereof, I was placed in G-POD, G-4 cell, FEB. 2, 2017 a THURSDAY! When I was placed back here, the water DID NOT WORK, the cold water that is. This Cell G-4, the Entire G-POD is 23-1 LOCKDOWN. In the mornings, I'm given 1, 8oz cup of milk, Powdered milk, at Lunch I'm given 1, 8oz cup of Water, and at Supper, I'm given 1, 8oz cup of unsweet tea! Thats a total of 24oz of Liquid to drink per day! I was allowed out of my cell for 1 hour a day, I did have access then to a Water fountain, But I did not have a container to keep a reserve supply of water. Only an 8oz cup. The only water I had to drink came at chow call, 8oz cup of milk, 8oz cup of Water and 8oz cup of unsweet tea. There was no extra water given. I have a Kidney Disease, I have struggled with my entire life! Only one of my Kidney's works like it Should, I have medical records to support this as well, and will be provided if need be. During this time, I was Hot, thirsty, and Dehydrated, with no way to get any relief from thirst, I feel like a DOG, locked up in a Pound, Locked in a concreate 8x10 cell with a Locked 250 pound metal door, that only opens 3 times a day, and 1 time for an hour. An animal, locked in a car, with NO windows, and only 3, 8oz cups of water, for 23 hours a day for over two weeks....

Amended Complaint May 4, 2017 Daniel Water
2-R CASE# 4:17-CV00263-BSM-JTR Wedsted

You would have, the car beaten to pieces, angry people, the Cops all over you, Animal rights people sayeing you are an animal abuser, Neglecting the Animal! Point Being, the News would have a field day with it. So why then must I being a human being, endure the same!!?

You would not lock an animal up, without a sufficent water supply, so why would you a human being?

Being Without Water in here, caused me dizziness, dehydration Kidney pains, nausea, headache etc... I was so thirsty and had no way to get relief, unless I drank out of the toilet. I was without water in G-4, for over 2 weeks, as well as other inmates!

My cell mate Michael Porter, was the one who finally fixed the water almost 3 weeks after being put in G-4. Otherwise it probably would not be fixed! Water, NEGLECT Side note

also DEP. NEED, brought us, being myself extra water and my cell mates, on a personal note! Because he answered yes when we asked! Other than that to the best of my knowledge, no other water came to us!

Amended Complaint   CASE # 4:17-CV-00263-BSM-JTR
Wedsted -V- Lowerily   May 4, 2017

Lowerily, did not physically harm me before leaving this POS. However, I am mentally and emoionally disturbed and distressed, after enduring 3 days of constant mental and emoional abuse! After he threatened my life, and my family's life, on the 25, of FEB, 2017, allday for 3 days until late Tuesday night, the 28, I endured his threats on my life, my family's life, of Death, Sexual assult, Racial Slurs, as well as a Chow Mow, a hate Crime or 2 of the things he was calling and swearing at me, and my cell mates. On Monday, the 27 of FEB, we narrowly escaped a phyical altercation with Lowerily thanks to our cell mate Brannon Tipton. I did not get physically hurt by MR. Lowerily, but I do fear for my well being, safty and my family's. I was talked to and treated like someone less than Dirt, not a person. I never injered, or talked badly to MR. Lowerily and he threatened my life & my family's life and well being, with Death, Sexial Assult, Racial Slurs, Etc... Calling me a Child Molester, this is not OK!!! He is out free in the World and I fear for my life and my family's life, and Safty.

Amended Complaint May 4, 2017

Wedgeton V. Parker   CASE# 4:17-CV-00263-BSM-JTR

SGT Parker, never spoke to me at all about our problem. She only spoke to Tipton. With a problem like this one, and being a SGT, I did have faith that this problem would be dealt with, but instead, I was ignored. I asked to file P.R.E.A. and the phone number I was given was 1-800-656-4617. I was told by SGT Parker, that this was the P.R.E.A. hotline, and charges would be filed on Lowerily. "It is their job, to make sure I have Water, I did not." "It is their job to make sure charges are filed, and they were not." I was told I would be Safe and the problem would be handled." It was never handled, it was ignored, and NEGLECTED.

I was told by the Kiosk, from SGT Parker, I could talk to her Boss, Carpenter, it never happened!!! My GRIEVANCE form even said, the problem is being handled. She lied to me. It was not.

P.R.E.A. is federal Law, and I was supposed to have access to the Hotline, But I did not. I tried and tried, and tried, to get Help, yet it never came!!! NO Water, NO Dental, NO P.R.E.A. This is NEGLECT on so many levels, this place was supposed to have a Dental provider, But I have been here 4 months, and I have still not received help with my infected teeth. I am supposed to be able to bring my problems to the SGT Parker, But I do not get help. And still have no help with my teeth.

|BACK SIDE|

Amended Complaint, May 11, 2017, P.2 Webster
CASE # 4:17-CV-00263-BSM-JTR
Carpenter

LT. Carpenter, Questioned me about my charges, without my attorney present, and knowing that I did not waive my right to legal counsel!!! He done so in his office, and got angry with me when I told him to stop asking me questions about my case, as to why im being detained here in the first place!!! LT. Carpenter avoided helping us with PREA, either was given a Phone # to PREA, that was false, the # is 1-800-656-4673, it is a false # to the PREA Hotline, LT. Carpenter attempted to question me without an attorney present, while we were sepposed to be talking about the problem with Lowerity, this was on the 28th of FEB. I have asked to talk to him several times after this, and I have been ignored, i have told SGT Parker, she said she would tell him, no response! Never heard from him about the Water, and lack thereof, LT. Carpenter is the BOSS of this jail, and is supposed to deal with any and all problems that go on here!!
① He did not help with filing charges, in fact they were never filed. ② Did not fix the water when he was aware of it. Another inmate named Hodges informed him of this problem before, and he did not Fix it. He moved Hodges out of G-4 cell, Then moved me and 2 others in here, knowing the water was messed up, and did not work. Clear neglect.

Amended Complaint May 6, 2017   2-2   Wedsted
CASE# 4:17-CV-00263-BSM-JTR           v.
L.T. Carpenter                    Carpenter

③ Carpenter failed to assist me in contacting the PREA Hotline, a phone # is supposed to be posted for all inmates to have avaliable to them. It was not, I still have not been able to make contact with PREA. It is a Federal Law passed in 2003, to help inmates with this very problem, however Carpenter failed to do his JOB and help me with it!!! He told me it is Beyond his control...

④ Carpenter, Being C.I.D. knows better than to question an inmate without his attorney present. Carpenter knew I was already detained, and had spoken to C.I.D. When I entered his office, and he still questioned me without my attorney present. Being a L.T. he should know better than to violate my rights, intentionally.

⑤ Carpenter, being the head person of this jail, should have a dental provider, however he does not. SCDC does not have a Dental Provider, I have compleatly exhausted my options for help and relief for my teeth. I have 3 teeth that are infected, and have holes all the way to the nerve!! I have asked and asked, for 3 months straight, to be taken to the Dentest, and I still have not. NO DENTAL PROVIDER I'm in constant pain, and can't eat because of this, I have lost 31 pounds because of these teeth!!!