UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DANIEL RAY WEDSTED                                                    PLAINTIFF

V.                          4:17CV00263 BSM/JTR

GERALD LOWERILY, Inmate,
Faulkner County Detention Center, et al.                              DEFENDANTS

## ORDER

Plaintiff's Motion for Appointment of Counsel *(Doc. 7)* is DENIED for the reasons explained in the Initial Order for *Pro Se* Prisoners *(Doc. 4)*.

That Motion also contains a request for preliminary relief, which should be docketed as a separate motion. Accordingly, the Clerk is directed to file a copy of the Motion for Appointment of Counsel as "Plaintiff's Motion for a Preliminary Injunction."

IT IS SO ORDERED THIS 13th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE