# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**DANIEL RAY WEDSTED**                                           **PLAINTIFF**

**v.**                          **CASE NO.  4:17-CV-00263 BSM**

**BRETT CARPENTER**                                              **DEFENDANT**

## ORDER

The recommended partial disposition [Doc. No. 24] submitted by United States Magistrate Judge J. Thomas Ray has been received.  After careful review, the recommended partial disposition is adopted in its entirety.  Accordingly, plaintiff Daniel Wedsted's motion for a preliminary injunction [Doc. No. 9] is denied without prejudice, and it is certified that an *in forma pauperis* appeal would not be taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 19th day of September 2017.


_____
UNITED STATES DISTRICT JUDGE