## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DANIEL RAY WEDSTED                                     **PLAINTIFF**

v.                         **CASE NO. 4:17-CV-00263 BSM**

**BRETT CARPENTER,**
**Lieutenant/Jail Supervisor, Saline**
**County Detention Center**                            **DEFENDANT**

v.

**BRETT CARPENTER,**
**Lieutenant/Jail Supervisor, Saline**
**County Detention Center**            **THIRD-PARTY PLAINTIFF**

v.

**TURN KEY HEALTH CLINICS LLC**       **THIRD-PARTY DEFENDANT**

## ORDER

United States Magistrate Judge J. Thomas Ray's findings and recommendations [Doc. No. 42] are adopted. Turn Key Health Clinics LLC's motion to dismiss [Doc. No. 39] is granted, and Daniel Ray Wedsted's case is dismissed without prejudice. An *in forma pauperis* appeal would not be in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 19th day of June 2019.

_____
UNITED STATES DISTRICT JUDGE